## People of State of Illinois, Plaintiff-Defendant in Error, v. Jimmy Wills, Defendant-Plaintiff in Error.

### Gen. No. 9,747.

Kenneth A. Green, for defendant, plaintiff in error; Charles W. Dotson, State's Attorney, Douglas County, for plaintiff, defendant in error. Opinion by JUSTICE WHEAT. **Not to be published in full.** Opinion filed May 31, 1951; released for publication June 26, 1951.